# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00284-CV

---

**Jeffrey Olson and Deborah Olson, Appellants**

**v.**

**Sabre Commercial, Inc., Appellee**

---

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. 19-1469-A, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on June 21, 2021. On June 29, 2021, we notified appellants that no clerk's record had been filed due to their failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record. The notice requested that appellants on or before July 9, 2021, provide this Court with written verification that payment has been made for the clerk's record, written verification that payment arrangements have been made to pay for the clerk's record, or written documentation that appellants are entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145; Tex. R. App. P. 20.1. Further, the notice warned that the appeal may be dismissed for want of prosecution if the requested documentation is not timely filed. *See* Tex. R. App. P. 37.3(b). On July 9, 2021, this Court received a letter from the district clerk stating that appellants had not paid for the clerk's record. On December 10, 2021, this Court sent out another notice explaining that the clerk's record was overdue, that the district clerk informed this Court that appellants had

not paid or made arrangements to pay for the clerk's record, and that the appeal will be dismissed for want of prosecution if the Court did not receive by December 20, 2021, written verification that payment had been made for the clerk's record, written verification that payment arrangements have been made to pay for the clerk's record, or written documentation showing that appellants are entitled to proceed without payment of costs. To date, appellants have not responded to this Court's notice, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to appellants' failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless appellants were entitled to proceed without payment of costs. *Id.* In this case, appellants have not established that they are entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145. Because appellants have failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Prosecution

Filed: December 31, 2021